

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDDIE LERMA, | § | No. 08-12-00105-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 243rd District Court |
| | § | |
| BORDER DEMOLITION & | § | of El Paso County, Texas |
| ENVIRONMENTAL, INC., | § | |
| | | (TC# 2008-4555) |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF FEBRUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating